33 So.2d 284
**Clarence WATKINS v. STATE.**
6 Div. 478.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

---

29 So.2d 908
**Alex WATSON, Jr., v. STATE.**
4 Div. 955.

Court of Appeals of Alabama.
Aug. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

29 So.2d 908
**Jack WATSON v. STATE.**
4 Div. 954.

Court of Appeals of Alabama.
Aug. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

34 So.2d 34
**Wallace WATSON v. STATE.**
6 Div. 589.

Court of Appeals of Alabama.
Jan. 13, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

35 So.2d 927
**Sidney Earl WEAVER v. STATE.**
6 Div. 544.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

33 So.2d 284
**Bill WEISINGER, alias Wysinger, v. STATE.**
2 Div. 762.

Court of Appeals of Alabama.
Nov. 4, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.